**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

| | |
|---|---|
| AGUSTIN MORALES CAMPOS, AGUSTIN ROSALES SALAZAR, DAMIAN GARCIA ROMANO, JOSE CAMPOS, JOSE TRINIDAD CAMPOS, MIGUEL ANGEL LEYVA GALICIA, SANTIAGO CAMPOS PERAL, and SILVESTRE BASURTO MONTIEL, *individually and on behalf of others similarly situated,* | 19-CV-4730-GHW |

                             *Plaintiffs*,

        -against-

UP THAI CORP.  (D/B/A TUNG THONG 181),
TUNG THONG INC.  (D/B/A TUNG THONG),
JIRAPAT PUTTANAWONG, THITIPHAN
SURIYONG, and THANAPHAN
LAONUTWUTTIKUL,

                       *Defendants.*
-----------------------------------------------------------------X

**NOTICE OF**
**VOLUNTARY**
**DISMISSAL PURSUANT**
**TO F.R.C.P. 41(a)(1)(A)(i)**

**ECF Case**

       Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Agustin Morales Campos, Agustin Rosales Salazar, Damian Garcia Romano, Jose Campos, Jose Trinidad Campos, Miguel Angel Leyva Galicia, Santiago Campos Peral, and Silvestre Basurto Montiel, by and through their attorneys, Michael Faillace & Associates, P.C., hereby give notice that in the above-captioned action (the "Action"), Defendants Tung Thong Inc. and Thanaphan Laonutwuttikul are voluntarily dismissed without prejudice. Defendants Up Thai Corp., Jirapat Puttanawong, and Thitiphan Suriyong remain as Defendants in the Action.

Dated: New York, New York
      August 6, 2019

                    MICHAEL FAILLACE & ASSOCIATES, P.C.


_____

By:     Michael Faillace, Esq.
         60 East 42nd Street, Suite 4510
         New York, New York 10165
         (212) 317-1200
         *Attorneys for Plaintiffs*