UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

AGUSTIN MORALES CAMPOS, AGUSTIN
ROSALES SALAZAR, DAMIAN GARCIA
ROMANO, JOSE CAMPOS, JOSE TRINIDAD
CAMPOS, MIGUEL ANGEL LEYVA GALICIA,
SANTIAGO CAMPOS PERAL, and SILVESTRE
BASURTO MONTIEL, *individually and on behalf of
others similarly situated*,

      *Plaintiffs*,

   -against-

UP THAI CORP. (D/B/A TUNG THONG 181),
TUNG THONG INC. (D/B/A TUNG THONG),
JIRAPAT PUTTANAWONG, THITIPHAN
SURIYONG, and THANAPHAN
LAONUTWUTTIKUL,

      *Defendants.*
-------------------------------------------------------------------X

19-CV-4730-GHW

NOTICE OF
VOLUNTARY
DISMISSAL PURSUANT
TO F.R.C.P. 41(a)(1)(A)(i)

ECF Case

  Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Agustin Morales Campos, Agustin Rosales Salazar, Damian Garcia Romano, Jose Campos, Jose Trinidad Campos, Miguel Angel Leyva Galicia, Santiago Campos Peral, and Silvestre Basurto Montiel, by and through their attorneys, Michael Faillace & Associates, P.C., hereby give notice that in the above-captioned action (the "Action"), Defendants Tung Thong Inc. and Thanaphan Laonutwuttikul are voluntarily dismissed without prejudice. Defendants Up Thai Corp., Jirapat Puttanawong, and Thitiphan Suriyong remain as Defendants in the Action.

Dated: New York, New York
August 6, 2019

MICHAEL FAILLACE & ASSOCIATES, P.C.

By: _____
Michael Faillace, Esq.
60 East 42nd Street, Suite 4510
New York, New York 10165
(212) 317-1200
*Attorneys for Plaintiffs*