# Michael Faillace & Associates, P.C.
Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510
New York, New York 10165

Telephone: (212) 317-1200
Facsimile: (212) 317-1620

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/8/2020

January 6, 2020

**Via ECF**

Honorable Debra.C. Freeman
United States Magistrate Judge
United States District Court
Southern District of New York
300 Pearl Street, Courtroom 17A
New York, NY 10007

SO ORDERED:   DATE: 1/8/2020

/s/ Debra Freeman
DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE

Re: Morales Campos et al v. Up Thai Corp. et al; 1:19-cv-04730-DCF

Your Honor:

This firm represents the Plaintiffs in the above-referenced action. The undersigned writes to you jointly with Defendants' counsel to respectfully request a brief extension of time of 14 days to submit their settlement agreement and joint fairness letter for Your Honor's approval pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). This is the second request of its kind, and the Court granted the prior request to extend the deadline until January 6, 2020. The reason for the short extension of time is to allow all clients to sign the settlement agreement as some were unavailable due to the holidays. The parties remain in agreement on the material terms of the agreement.

We thank the Court for its time and attention to this matter.

Respectfully Submitted,

/s/ Yolanda Rivero
Yolanda Rivero, Esq.

cc: Bingchen Li, Esq. (via ECF)
*Attorney for Defendants*

*Certified as a minority-owned business in the State of New York*