# CSM Legal, P.C.
Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510            Telephone: (212) 317-1200
New York, New York 10165            Facsimile: (212) 317-1620

January 25, 2022

**<u>Via ECF</u>**

Honorable Debra C. Freeman
United States Magistrate Judge
United States District Court
Southern District of New York
300 Pearl Street, Courtroom 17A
New York, NY 10007

Re: <u>Morales Campos et al v. Up Thai Corp. et al</u>
<u>1:19-cv-04730-DCF</u>

Your Honor:

      This firm represents the Plaintiffs in the above-referenced action. The undersigned writes to you jointly with Defendants' counsel to request a telephone conference with the Court concerning the settlement.

      We thank the Court for its time and attention to this matter.

                                                        Respectfully Submitted,

                                                       <u>/s/Jarret Bodo</u>
                                                     Jarret Bodo, Esq.

cc:     Bingchen Li, Esq. (via ECF)
         *Attorney for Defendants*