# CSM Legal, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510            Telephone: (212) 317-1200
New York, New York 10165                Facsimile: (212) 317-1620

June 10, 2022

**Via ECF**

Honorable Valerie Figueredo
United States Magistrate Judge
United States District Court
Southern District of New York
300 Pearl Street, Courtroom 17A
New York, NY 10007

Re:    Morales Campos et al v. Up Thai Corp. et al
        1:19-cv-04730-DCF

Your Honor:

      This firm represents the Plaintiffs in the above-referenced action. We write to the Court, jointly with Defendants, to request a two-week extension to the filing of the signed settlement. Defendants' counsel has informed Plaintiffs' counsel that the Defendants are finalizing the contracts to garner the necessary funding for the amounts set forth in the Court approved settlement agreement. The Defendants require the requested extension to have all their parties sign the settlement agreement.

      We thank the Court for its time, guidance and attention to this matter.

                                                                   Respectfully Submitted,

                                                                   */s/Jarret Bodo*
                                                                   Jarret Bodo, Esq.

CC: Eric Li, Counsel for Defendants