USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__ 8/23/2022 _

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
AGUSTIN MORALES CAMPOS, et al.,

                            Plaintiff,

           -against-

UP THAI CORP. (D/B/A TUNG THONG 181), et al,

                       Defendants.
-------------------------------------------------------------------X

**19-CV-04730 (VF)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On April 14, 2022, the Court approved the parties' settlement agreement and discontinued the action with prejudice and without costs, provided that within 60 days of the order, if the parties' written documentation of the settlement was not fully executed, Plaintiffs could apply to restore the case (ECF No. 66). On June 10, 2022, and on June 28, 2022, the parties asked for an extension of time to finalize the settlement documents (ECF Nos. 67, 69). On June 29, 2022, this Court extended the deadline to finalize the written settlement documents until July 29, 2022 (ECF No. 69). Parties are directed to inform the Court whether the written settlement documents have been finalized **by August 30, 2022**.

**SO ORDERED.**

DATED:     August 23, 2022

_____
VALERIE FIGUEREDO
United States Magistrate Judge