UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
AGUSTIN MORALES CAMPOS, et al.,

                           Plaintiff,

           -against-

UP THAI CORP. (D/B/A TUNG THONG 181), et al,

                         Defendants.
-----------------------------------------------------------------X

**19-CV-04730 (VF)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      On April 14, 2022, the Court approved the parties' settlement agreement and discontinued the action with prejudice and without costs, provided that within 60 days of the order, if the parties' written documentation of the settlement was not fully executed, Plaintiffs could apply to restore the case (ECF No. 66). Most recently, on October 7, 2022, the parties informed the Court that they expected the settlement agreement to be signed and submitted to the Court in the "coming weeks" (ECF No. 74).

      The parties are directed to inform the Court whether the written settlement documents have been finalized **by December 7, 2022**.

**SO ORDERED.**

DATED:    November 30, 2022

                                                                 VALERIE FIGUEREDO
                                                                 United States Magistrate Judge