```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/6/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
AGUSTIN MORALES CAMPOS, et al.,

                      Plaintiff,                              19-CV-04730 (VF)

      -against-                                            **ORDER**

UP THAI CORP. (D/B/A TUNG THONG 181), et al,

                    Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      On December 7, 2022, the parties informed the Court that they had finalized the terms of the settlement agreement and were waiting for all the parties to sign the agreement (ECF No. 76). The parties are directed to inform the Court whether the written settlement documents have been finalized **by February 13, 2023**.

**SO ORDERED.**

DATED:     February 6, 2023

                                                      _____
                                                      VALERIE FIGUEREDO
                                                      United States Magistrate Judge