UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
AGUSTIN MORALES CAMPOS, et al.,

                     Plaintiff,

         -against-

UP THAI CORP. (D/B/A TUNG THONG 181), et al,

                     Defendants.
-----------------------------------------------------------------X

**19-CV-04730 (VF)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      On December 7, 2022, the parties informed the Court that they had finalized the terms of the settlement agreement and were waiting for all the parties to sign the agreement (ECF No. 76). On February 14, 2023, counsel for Plaintiffs filed a statement noting the death of Plaintiff Miguel Angel Leyva Galicia (ECF No. 78). The parties are directed to inform the Court whether the written settlement documents have been finalized, and provide a status update on the case, **by February 28, 2023**.

**SO ORDERED.**

DATED:    February 16, 2023

                                            VALERIE FIGUEREDO
                                            United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/16/2023